UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re Toys "R" Us, Inc., et al.[1] <br> Debtors. | Case No. 17-34665-KLP <br> Chapter 11 <br> Jointly Administered |
| TRU Creditor Litigation Trust, <br> Plaintiff, | |
| v. | Adv. Pro. No. 20-03038-KLP |
| David A. Brandon, Paul E. Raether, <br> Nathaniel H. Taylor, Joseph Macnow, <br> Wendy A. Silverstein, Richard Goodman, <br> Michael Short, Richard Barry, David A. Brandon, <br> Joshua Bekenstein, and Matthew S. Levin, <br> Defendants. | |

**ORDER**

In accordance with the Memorandum Opinion entered this date,

**IT IS ORDERED** that the Defendants' motion for summary judgment as to the Fourth Cause of Action of the Second Amended Complaint, Fiduciary Duty Claim Relating to DIP Financing, is **GRANTED**, and it is further

**ORDERED** that the Defendants' motion for summary judgment is **DENIED** in all other respects, and it is further

**ORDERED** that the motion to dismiss filed May 21, 2020, is **DISMISSED** as moot.

Signed: June 27, 2022

/s/ Keith L. Phillips
United States Bankruptcy Judge

Copies:

Entered on Docket: Jun 27 2022

Robert I. Bodian
Scott A. Rader
Amanda B. Asaro

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, are set forth in the Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief. ECF 78. All references to "ECF" are to docket entries in the lead case unless otherwise noted. References to the docket in this adversary proceeding are prefaced by "AP ECF."

1

Kerime S. Akoglu
MINTZ LEVIN COHN FERRIS
GLOVSKY and POPEO, P.C.
Chrysler Center
666 Third Avenue, 25th Floor
New York, New York 10017

James C. Cosby
J. Brandon Sieg
O'HAGAN MEYER, PLLC
411 E. Franklin Street, Suite 500
Richmond, Virginia 23219

Greg Dovel
Christin Cho
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401

Michael Wilson
MICHAEL WILSON PLC
12733 Storrow Rd.
Henrico, Virginia 23233